# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 18, 2015

_____

DOCKET CORRECTION NOTICE
_____

No.  15-1007,        Yvoune Petrie v. Virginia Board of Medicine
                     1:13-cv-01486-CMH-TRJ

TO:   Vincent Mark Amberly

FILING CORRECTION DUE:  February 23, 2015

Please make the correction identified below and file a corrected document by the date indicated.

[X] Incorrect event used. Please refile document using [opening brief filed].

Barbara H. Rowe, Deputy Clerk
804-916-2704